Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MAY D. LITTS and Minor Dependents, Respondents, for Compensation under the Workmen's Compensation Law for the Death of BURT LITTS, v. RISLEY LUMBER COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN E. GREGSON, for Compensation under the Workmen's Compensation Law, for Personal Injuries, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by LENA FARRELL, Widow of JAMES FARRELL, Respondent, v. A. L. SWETT IRON WORKS, Employer, and the STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROBERT THOMPSON, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK HERALD COMPANY, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Accounts of the Administrators, etc., of WILLIS T. HONSINGER, Deceased. LYNDHURST G. BAKER, Appellant, v. ADMINISTRATORS, etc., of WILLIS T. HONSINGER, Deceased, Respondents.— Decree unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MRS. LIZZIE E. HALSTEAD, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due to Deceased, LAWRENCE D. HALSTEAD, v. HARRY R. BULL, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

In the Matter of the Petition of the UNION TRUST COMPANY OF ALBANY, N. Y., and FREDERICK HARDER, Respondents, for the Probate of the Last Will and Testament and Codicil of EMILY HERMANCE, Deceased. PULVER G. HERMANCE and Another, Appellants; LORETTA LAVIOLETTE and Another, Respondents.— Decree modified by deducting $100 from each allowance, and as so modified unanimously affirmed, without costs.

CHARLES F. PUTMAN, Respondent, v. EBEN L. HARRINGTON, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground of the failure of the evidence to show the amount of the damages sustained by the plaintiff by reason of the alleged false representations. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK v. SOUTHERN SURETY COMPANY.— Motion denied.